UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TEYAQUA AKINSULIRE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 1:19-cv-1343 |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party WAL-MART STORES EAST, LP ("Walmart"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Walmart, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1.      Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Marion, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2.      On March 18, 2019 removing party Walmart was served by certified mail with a Summons and Complaint in the above-entitled action at the office of their registered agent for service of process, CT Corporation System in Indianapolis, Indiana. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3.      On March 8, 2019, Plaintiff Teyaqua Akinsulire (hereinafter "Plaintiff") filed her Appearance, Summons, Complaint, and Jury Demand in the above-entitled action against Walmart in the Marion County Superior Court in the State of Indiana, Cause No. 49D13-1903-CT-009678, and is now pending therein.

4.      On March 21, 2019, Plaintiff filed Proof of Service on Walmart.

5.      No further proceedings have been had in the Marion County Superior Court.

6.      Pursuant to S.D. Ind. L.R. 81-2(d), Walmart asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

7.      This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8.      Plaintiff is a citizen of the State of Indiana.

9.      Walmart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. Walmart,

Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for all entities mentioned is Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Walmart Stores East, LP is a citizen of Delaware and Arkansas, and not of Indiana.

10. There is complete diversity of citizenship between the parties named in this case.

11. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

    a. Plaintiff claims to have sustained significant injuries which are severe and recurrent in nature, and which have caused her severe pain, suffering, and emotional distress as a result of the incident forming the basis of her Complaint.

    b. Specifically, Plaintiff claims to have sustained a fractured wrist resulting in surgery as a result of the incident forming the basis of her Complaint.

    c. Plaintiff alleges she has incurred medical expenses in excess of $72,000 to date as a result of her alleged injuries and may incur additional expenses in the future.

    d. Plaintiff's counsel agrees that the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

13.     Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

14.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit, and includes the State Court Record as of the date of this Notice of Removal, including the following: State Court Docket Sheet; Plaintiff's Attorney Appearance, Plaintiff's Complaint and Summons to Defendant; Plaintiff's Jury Demand; and Plaintiff's Proof of Service on Defendant.

15.     Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

16.     A copy of this Notice of Removal has been filed in the Marion County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party WAL-MART STORES EAST, LP, by counsel, respectfully requests that the above-entitled action be removed from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**LEWIS WAGNER, LLP**

By:   */s/ Katherine S. Strawbridge*
            KATHERINE S. STRAWBRIDGE, #30123-49
            KATHERINE L. ENGLISH, #35219-49
            ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, a copy of the foregoing **Notice of Removal** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Nicholas A. Bourff
SCHILLER LAW OFFICES, LLC
210 East Main Street
Carmel, IN 46032
nick@schillerlawoffices.com
***Counsel for Plaintiff***

By: */s/ Katherine S. Strawbridge*
        KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
kstrawbridge@lewiswagner.com
kenglish@lewiswagner.com