Case 1:19-cv-01343-DML-TWP   Document 1-1   Filed 04/03/19   Page 1 of 4 PageID #: 6

**49D13-1903-CT-009678**

Marion Superior Court, Civil Division 13

Filed: 3/8/2019 8:30 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |
| | | |
| TEYAQUA AKINSULIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| Defendant. | ) | |

### COMPLAINT FOR DAMAGES

NOW COMES the Plaintiff, Teyaqua Akinsulire, by and through her attorney, Nicholas A. Bourff, and for her Complaint for Damages against the Defendant, Wal-Mart Stores East, LP respectfully shows the Court as follows:

### Facts Common to All Counts

1. At all times relevant herein, Teyaqua Akinsulire was a resident of the City of Indianapolis, County of Marion, State of Indiana.

2. At all times relevant herein, Wal-Mart Stores East, LP was an Arkansas Limited Partnership authorized to conduct business in the State of Indiana.

3. At all times relevant herein, Wal-Mart Stores East, LP, owned and/or operated a Wal-Mart Super Center (hereinafter "the Store") located at 3221 West 86th Street, in the City of Indianapolis, County of Marion, and State of Indiana.

4. On or about May 9, 2018, Teyaqua Akinsulire was a patron of this Store.

5. While walking behind a shopping cart that she was pushing in the parking lot located on Store's premises, Teyaqua Akinsulire's right foot got caught in a pothole, causing her to fall to the ground.

EXHIBIT "A"

6. As a direct and proximate result of this incident, Teyaqua Akinsulire sustained significant injuries.

### Count I – Negligence by Wal-Mart Stores East, LP to Teyaqua Akinsulire

7. Plaintiff reaffirms and incorporates paragraph one (1) through six (6) as if fully restated herein.

8. That Wal-Mart Stores East, LP owed Teyaqua Akinsulire a duty to exercise reasonable care in maintaining the Store in a reasonably safe condition.

9. At said time and place, Wal-Mart Stores East, LP knew, or by the exercise of reasonable care should have known, of the unsafe condition of the Store's parking lot.

10. That Wal-Mart Stores East, LP failed to exercise reasonable care to adequately protect Teyaqua Akinsulire against the dangers created by this condition.

11. That Wal-Mart Stores East, LP committed one or more of the following acts and/or omissions of negligence:

   a) Failed to warn Teyaqua Akinsulire of the potential danger posed by the condition of their property;

   b) Failed to display signage warning of the dangerous condition of the property;

   c) Failed to properly ensure the safety of their property;

   d) Failed to check the condition of the property prior to permitting foot traffic;

   e) Failed to timely inspect, remediate, or repair the dangerous condition(s);

   f) Failed to implement proper safety and maintenance procedures;

   g) Failed to follow applicable ordinances, codes, and state laws applicable to stores or other like-kind facilities; and/or

   h) Failed otherwise to maintain the premises in a reasonably safe condition.

12. As a direct and proximate result of Wal-Mart Stores East, LP's negligence and breach of duties, Teyaqua Akinsulire has sustained severe and recurring injuries which have caused her severe pain, suffering, and emotional distress.

13. As a direct and proximate result of Wal-Mart Stores East, LP's negligence, Teyaqua Akinsulire was required to seek medical treatment from various health care providers, has incurred medical expenses as a result thereof, and may continue to incur future medical expenses.

14. As a direct and proximate result of Wal-Mart Stores East, LP's negligence, Teyaqua Akinsulire's quality of life has been diminished.

15. As a direct and proximate result of the carelessness and negligence of Wal-Mart Stores East, LP, Teyaqua Akinsulire has suffered otherwise.

WHEREFORE, Plaintiff, Teyaqua Akinsulire, by counsel, Nicholas A. Bourff, prays for judgment against Defendant, Wal-Mart Stores East, LP, in an amount commensurate with her injuries and damages, for any and all pre-judgment interest calculated daily according to Statute, for trial by jury, and for all other relief just and proper in the premises.

Respectfully submitted,

SCHILLER LAW OFFICES, LLC

/s/Nicholas A. Bourff
Nicholas A. Bourff
Attorney No. 27036-89
**SCHILLER LAW OFFICES, LLC**
210 E. Main Street
Carmel, IN 46032
Telephone: 317-578-2100
Facsimile: 317-578-1146
E-Mail: Nick@schillerlawoffices.com
*Attorney for Plaintiff*

4